# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 24, 2024

## NO. 03-23-00874-CV

**Kenneth A. Burnett II, Appellant**

**v.**

**CIM Management Group, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on November 8, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.